| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Acting Federal Defender |
| 2 | MARK A. LIZÁRRAGA, Bar #186240<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-0029 OWW |
|---|---|---|
| Plaintiff, | ) ) | ***AMENDED*** |
| | ) | ORDER RELIEVING COUNSEL AND |
| v. | ) | SUBSTITUTING DEFENDANT IN PROPRIA |
| | ) | PERSONA |
| SHAWN VINCENT GRAY, | ) | |
| | ) | Date :  **March 28, 2006** |
| Defendant. | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Oliver W. Wanger |

This matter having come before this Court on March 28, 2006, for a status conference/motions hearing; counsel for defendant Assistant Federal Defender Mark A. Lizárraga appearing with defendant; and Assistant U.S. Attorney Laurel J. Montoya appearing for the Government; defendant having made oral motion to proceed in pro per and requesting access to the Fresno County Jail law library; the Court makes its ruling as follows:

**IT IS ORDERED** that:

1. Mark A. Lizárraga and the Office of the Federal Defender, Fresno, California, are relieved of their duties in the representation of defendant in the above captioned matter after the filing of the discovery motions on behalf of defendant;

3. Defendant Shawn Vincent Gray is hereby appointed to represent himself in the above captioned matter, in propria persona., having been duly warned about all risks of self-representation in a federal

1  felony criminal case and having knowingly and voluntarily elected self-representation.
2       4.  Defendant shall be given law library privileges pursuant to and within the guidelines of the
3  Fresno County Jail.
4  IT IS SO ORDERED.
5  **Dated:   March 29, 2006**              /s/ Oliver W. Wanger
   emm0d6                             UNITED STATES DISTRICT JUDGE

Order Relieving Counsel and Substituting
Defendant in Propria Persona                    2