UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | CR F-05-0029 OWW |
| | ) | |
| v. | ) | |
| | ) | |
| SHAWN VINCENT GRAY, | ) | |
| | ) | |
| Defendant | ) | ORDER FOR ACCESS TO LAW LIBRARY |
| _____ | ) | |

    The above-named defendant having been granted permission to represent himself in this matter, it is ordered that he be given reasonable access to the law library at the Fresno County Jail in accordance with the regulations of the jail for pro se defendants.

Dated: April 6, 2006                    /s/ OLIVER W. WANGER
                                        _____
                                        OLIVER W. WANGER
                                        United States District Judge