```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2  MARK A. LIZARRAGA, Bar #186240
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  SHAWN VINCENT GRAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:05cr0029 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATIS CONFERENCE HEARING; AND ORDER |
| v. | ) ) | THEREON |
| SHAWN VINCENT GRAY, | ) ) | Date:  May 23, 2006 Time:  9:00 a.m. |
| Defendant. | ) ) | Dept :  Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for May 16, 2006,  may be continued to **May 23, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED:  May 10,  2006                    MCGREGOR W. SCOTT
                                         United States Attorney


                                         By /s/ Virna L. Santos
                                         VIRNA L. SANTOS
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


DATED: May 10, 2006                      DANIEL J. BRODERICK
                                         Acting Federal Defender


                                         By /s/ Mark A. Lizárraga
                                         MARK A. LIZÁRRAGA
                                         Assistant Federal Defender
                                         Attorney for Defendant

## O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 18, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                 UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing        2