1 | DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
2 | MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561
5 |
Attorney for Defendant
6 | SHAWN VINCENT GRAY

7 |

8 |                 IN THE UNITED STATES DISTRICT COURT

9 |              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,           )   Case No. 1:05cr0029 OWW
                                        )
12 |                Plaintiff,           )   STIPULATION TO CONTINUE STATIS
                                        )   CONFERENCE HEARING; AND ORDER
13 |        v.                           )   THEREON
                                        )
14 | SHAWN VINCENT GRAY,                 )   Date:  June 6, 2006
                                        )   Time:  9:00 a.m.
15 |                Defendant.           )   Dept : Hon. Oliver W. Wanger
     _____)

16 |

17 |        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18 | attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled

19 | for May 23, 2006,  may be continued to **June 6, 2006, at 9:00 a.m.**

20 |        The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21 | justice, including but not limited to, the need for the period of time set forth herein for effective defense

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

1   preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2          DATED:  May 18,  2006                    MCGREGOR W. SCOTT
                                                    United States Attorney
3

4

5                                           By /s/ Virna L. Santos
                                                VIRNA L. SANTOS
6                                               Assistant U.S. Attorney
                                                Attorney for Plaintiff
7

8          DATED: May 18, 2006                     DANIEL J. BRODERICK
                                                   Acting Federal Defender
9

10                                          By  /s/ Mark A. Lizárraga
11                                              MARK A. LIZÁRRAGA
                                                Assistant Federal Defender
12                                              Attorney for Defendant

13                            **O R D E R**

14          IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

15   3161(h)(8)(A) and 3161(h)(B)(iv).

16

17

18

19

20
     IT IS SO ORDERED.
21
     **Dated:    May 18, 2006**                    **/s/ Oliver W. Wanger**
22   emm0d6                                  UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

     Stipulation to Continue Status Conference Hearing          2