```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2  MARK A. LIZARRAGA, Bar #186240
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  SHAWN VINCENT GRAY
 7
```

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | Case No. 1:05cr0029 OWW |
| 12 | Plaintiff, ) | STIPULATION TO CONTINUE STATIS CONFERENCE HEARING; AND ORDER |
| 13 | v. ) | THEREON |
| 14 | SHAWN VINCENT GRAY, ) | Date:  June 13, 2006 |
| 15 | Defendant. ) | Time:  9:00 a.m. Dept : Hon. Oliver W. Wanger |
| 16 | | |

17       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18  attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled

19  for June 6, 2006,  may be continued to **June 13, 2006, at 9:00 a.m.**

20       The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21  justice, including but not limited to, the need for the period of time set forth herein for effective defense

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED:  May 31,  2006                     MCGREGOR W. SCOTT
                                          United States Attorney


                                          By /s/ Virna L. Santos
                                          VIRNA L. SANTOS
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

DATED: May 31, 2006                       DANIEL J. BRODERICK
                                          Acting Federal Defender


                                          By /s/ Mark A. Lizárraga
                                          MARK A. LIZÁRRAGA
                                          Assistant Federal Defender
                                          Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 1, 2006**              /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing        2