DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHAWN VINCENT GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:05cr0029 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATIS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| SHAWN VINCENT GRAY, | Date: August 29, 2006 |
| Defendant. | Time: 9:00 a.m.<br>Dept : Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for August 8, 2006, may be continued to **August 29, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1 preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2    DATED:  August 10,  2006            MCGREGOR W. SCOTT
                                          United States Attorney

5                                         By /s/ Steve Crass for Virna L. Santos
                                          VIRNA L. SANTOS
6                                         Assistant U.S. Attorney
                                          Attorney for Plaintiff

8    DATED: August 10, 2006               DANIEL J. BRODERICK
                                          Federal Defender

11                                        By /s/ Mark A. Lizárraga
                                          MARK A. LIZÁRRAGA
                                          Assistant Federal Defender
12                                        Attorney for Defendant

### O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   August 11, 2006**              /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing       2