DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHAWN VINCENT GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:05cr0029 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND PROPOSED ORDER THEREON |
| v. | |
| SHAWN VINCENT GRAY, | Date:  September 6, 2006 |
| Defendant. | Time:  9:00 a.m. |
| | Dept:  Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for August 29, 2006, may be continued to **September 6, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED:  August 24,  2006				MCGREGOR W. SCOTT
								United States Attorney


						By /s/ Steve Crass for Virna L. Santos
								VIRNA L. SANTOS
								Assistant U.S. Attorney
								Attorney for Plaintiff


DATED: August 24, 2006				DANIEL J. BRODERICK
								Federal Defender


						By /s/ Mark A. Lizárraga
								MARK A. LIZÁRRAGA
								Assistant Federal Defender
								Attorney for Defendant

### O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

a

IT IS SO ORDERED.

**Dated:   August 24, 2006**			     /s/ Oliver W. Wanger
emm0d6						UNITED STATES DISTRICT JUDGE