1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARK A. LIZÁRRAGA, CA Bar #186240
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  SHAWN VINCENT GRAY

FILED

SEP 1 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:05-cr-0029 OWW |
|---|---|
| Plaintiff, | ) |
| v. | ) **SEALING ORDER** |
| SHAWN VINCENT GRAY, | ) Judge: Hon. Oliver W. Wanger |
| Defendant. | ) |

The Court hereby orders that the Order Granting Defendant's *Ex Parte* Application for *Subpoena Duces Tecum* to BRIAN KIBLER, Litigation Coordinator for Wasco State Prison, 701 Scofield Avenue, Wasco, California 93280 for the following documents as they pertain to any investigation conducted by the INVESTIGATION SERVICE UNIT ("ISU"), in the above-entitled case, shall be sealed until further order of this Court.

IT IS SO ORDERED.

DATED: September 13, 2006

_____
OLIVER W. WANGER
United States District Court Judge for the
Eastern District of California