1  McGREGOR W. SCOTT
   United States Attorney
2  VIRNA L. SANTOS
   Assistant U.S. Attorney
3  Federal Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED

MAR 28 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:05-cr-00029 OWW |
| Plaintiff, ) | |
| v. ) | ORDER FOR DISMISSAL OF INDICTMENT |
| SHAWN VINCENT GRAY, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the Indictment against Shawn Vincent Gray is dismissed, without prejudice, in the interest of justice.

DATED: 3-28-07

_____
OLIVER W. WANGER
U.S. District Court Judge